UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | CV 22-09371-SPG-KS | Date | March 8, 2023 |
|---|---|---|---|
| Title | Kevin Tucker v. Royal Adhesives and Sealants, LLC | | |

| Present: The Honorable | SHERILYN PEACE GARNETT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Patricia Gomez | Katie Thibodeaux |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| Alexander Zaimi | Carrie Francis |

**Proceeding:** MOTION FOR REMAND [10]

Case called, and counsel make their appearance. Arguments by counsel are heard.

The Court's oral tentative is to deny plaintiff's motion to remand. The Court takes the motion under submission. Order to issue.

: 26

Initials of Preparer    pg